IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | CRIMINAL ACTION NO. 1:24-cr-00056-LMM-JKL-9 |
| : | |
| LAKESHA JACKSON, : | |
| : | |
| Defendant. : | |

# **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation, Dkt. No. [329], in which the Magistrate Judge recommends that Defendant Lakesha Jackson's motion to suppress evidence, Dkt. No. [186], be denied. No objections have been filed.

Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Report and Recommendation for clear error. It finds none.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [329], as its opinion: Defendant Jackson's motion to suppress evidence, Dkt. No. [186], is **DENIED**. Because the Magistrate Judge

ruled on the Government's motion to seal its response and exhibits, Dkt. No. [235], the Clerk is **DIRECTED** to terminate that motion.

Defendant Jackson's motion for severance, Dkt. No. [187], which the Magistrate Judge deferred to the undersigned, also remains pending. On December 26, 2024, the Magistrate Judge gave the Government through February 24, 2025, to file a response to the motion. It does not appear that the Government filed a response to the motion or sought an extension of time. It is therefore **ORDERED** that Defendant Jackson shall have through October 8, 2025, to file an amended motion for severance, should she choose to do so. The Government **SHALL** file a response on or before October 22, 2025. Defendant Jackson shall have through November 5, 2025, to file a reply.

**SO ORDERED** this 23rd day of September, 2025.

_____
LEIGH MARTIN MAY
CHIEF UNITED STATES DISTRICT JUDGE